UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

TYLER SAMUEL SIKES

CASE NO. 8:22-CR-381-CEH-JSS
18 U.S.C. 922(a)(6)

## INDICTMENT

The United States Attorney charges:

### COUNT ONE

On or about October 5, 2021, in the Middle District of Florida, the defendant,

TYLER SAMUEL SIKES,

in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement intended and likely to deceive the licensed dealer with respect to any fact material to the lawfulness of the sale of the firearm.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

### FOREFITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(a)(6), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in or used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the court;

 d. has been substantially diminished in value; or

 e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Samantha E. Beckman
Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

FORM OBD-34
October 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## TYLER SAMUEL SIKES

## INDICTMENT

Violations: 18 U.S.C. 922(a)(6)

A true bill,

_____
Foreperson

Filed in open court this 2nd day

of November, 2022.

_____
Clerk

Bail $_____

GPO 863 525